**Order entered July 1, 2022**



## In the
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-22-00437-CV

### IN RE QUY DAO, Relator

**Original Proceeding from the County Court at Law No. 2**
**Kaufman County, Texas**
**Trial Court Cause No. 107122-CC2**

### ORDER
Before Justices Schenck, Reichek, and Carlyle

Based on the Court's opinion of this date, we **DENY** relator's petition for writ of mandamus.

/s/    CORY L. CARLYLE
       JUSTICE